District Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NEGIST BERIHUN, <br><br> Plaintiff, <br><br> v. <br><br> US PASSPORT, UNITED STATES DEPARTMENT OF STATE <br><br> Defendants. | CASE NO. C17-00127 JLR <br><br> ORDER GRANTING MOTION TO DISMISS <br><br> [PROPOSED] |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The Government's Motion to Dismiss is GRANTED. Plaintiff's claim is dismissed without prejudice and costs to other side.

DATED this 16th day of March, 2017.

James L. Robart
United States District Judge

Order Granting Motion to Dismiss (Proposed)
C17-00127 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

ANNETTE L. HAYES
United States Attorney

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: Priscilla.Chan@usdoj.gov

Attorneys for the United States of America

Order Granting Motion to Dismiss (Proposed)
C17-00127 JLR - 2